No. 11–1.  JANTO ET VIR v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir.  Certiorari denied.

No. 11–4.  CZARNIECKI v. CITY OF CHICAGO, ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 11–5.  LYNN v. TARNEY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–6.  WEASE v. WYOMING.  Dist. Ct. Wyo., Uinta County. Certiorari denied.

No. 11–7.  LEYSE v. BANK OF AMERICA, N. A.  C. A. 2d Cir. Certiorari denied.

No. 11–8.  MIG, INC., FKA METROMEDIA INTERNATIONAL GROUP, INC. v. PAUL, WEISS, RIFKIND, WHARTON & GARRISON, L. L. P.  C. A. 2d Cir.  Certiorari denied.

No. 11–9.  RAMIREZ-HERRERA v. OREGON.  Ct. App. Ore. Certiorari denied.

No. 11–10.  A. B., BY AND THROUGH HER PARENTS, SUSAN B. ET VIR v. MONTGOMERY COUNTY INTERMEDIATE UNIT.  C. A. 3d Cir.  Certiorari denied.

No. 11–12.  LOKUTA, JUDGE, COURT OF COMMON PLEAS, ELEVENTH JUDICIAL DISTRICT, LUZERNE COUNTY, PENNSYLVANIA v. JUDICIAL CONDUCT BOARD OF PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 11–13.  KARTMAN ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–14.  DIBIASI v. STARBUCKS CORP. ET AL.  C. A. 9th Cir. Certiorari denied.

No. 11–15.  BLACKSTONE GROUP, L. P., ET AL. v. LITWIN ET AL. C. A. 2d Cir.  Certiorari denied.

No. 11–17.  PARK v. METROPOLITAN LIFE INSURANCE CO. C. A. 3d Cir.  Certiorari denied.